# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kenneth R. Michaels

## DEFENDANTS
Brad A. Shoemaker, Warden Lycoming County Prison

**(b)** County of Residence of First Listed Plaintiff: Williamsport, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Williamsport, PA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Edward J. Rymsza
Michael J. Rudinski

Attorneys *(If Known)*
Brian Bluth (for prison)
Assistant DA Martin Wade (for Comm. of Pa.)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*
(not applicable)

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
[x] 530 General (Prisoner Petitions — Habeas Corpus)

## V. ORIGIN *(Place an "X" in One Box Only)*
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 2241

Brief description of cause:
Bail/release from state custody

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 8/15/2025
SIGNATURE OF ATTORNEY OF RECORD: s/Edward J. Rymsza  s/ Michael J. Rudinski

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____