**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH R. MICHAELS,<br>Petitioner,<br>v.<br>BRAD A. SHOEMAKER, et al.,<br>Respondents. | CIVIL ACTION NO. 3:25-cv-1511<br><br>(Magistrate Judge Latella) |

ORDER

**AND NOW**, this 5th day of August, 2026, consistent with the accompanying Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1) The Respondent's Motion to Dismiss, (Doc. 15) is **GRANTED**;

2) The Petition, (Doc. 1), is **DISMISSED** with prejudice;

3) The Clerk of Court is directed to close this case.

**/s/ Leo A. Latella**
Leo A. Latella
United States Magistrate Judge